470 A.2d 1047

Tulloch v. Thorpe, Appellants.

Thorpe, Appellants, v. Birmingham Township.

Thorpe v. Birmingham Township, Appellant.

Tulloch, Appellants, v. Thorpe.

Argued October 19, 1983. Fred Beecher Fromhold, for appel-

lants (at Nos. 667 and 668) and appellees (at Nos. 669 and 858); Francis T. Sbandi, for appellant (at No. 669) and appellee (at No. 668); Fronefield Crawford, Jr., for appellants (at No. 858) and appellees (at No. 667).

Before McEWEN, BECK and MONTEMURO, JJ.

The appeals at Nos. 858 and 667 Philadelphia 1982 are quashed. The orders are affirmed in appeals at Nos. 668 and 669 Philadelphia 1982.